IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMBER D. STEWART**                                                                  **PLAINTIFF**

V.                     **CASE NO. 4:19-CV-00103 SWW-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                                   **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Amber D. Stewart's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 12th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE