IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMBER D. STEWART**                                                                              **PLAINTIFF**

V.                              **CASE NO. 4:19-CV-00103 SWW-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 12th day of September, 2019.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE